**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6227**

GREGORY GREEN,

            Plaintiff - Appellant,

      v.

ALAN WILSON, Attorney General of South Carolina,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, Chief District Judge.  (4:18-cv-03289-RBH)

Submitted:  May 16, 2019                          Decided:  May 21, 2019

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Green appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Green's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Wilson*, No. 4:18-cv-03289-RBH (D.S.C. Feb. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*